Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.   Crim. No. 3:01CR117-004/RV

FRANKIE NICKELSON

    On May 30, 2002, the above named was placed on Supervised Release for a period of 2 years which term commenced on March 1, 2004. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Frankie Nickelson be discharged from Supervised Release.

Respectfully submitted,

*Donna D. Easterling*
Donna D. Easterling
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___7___ day of ___Nov___, 20_05_.

Roger Vinson
Senior U.S. District Judge